# RECORD OF GRAND JURY BALLOT

Cr 4:24cr819

THE UNITED STATES    V.    JORDAN ESAU GORE

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED
OCT 22 2024
FLORENCE, S.C.