IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:24cr819 |
| ) | |
| vs. ) | |
| ) | **ORDER FOR BENCH WARRANT** |
| **JORDAN ESAU GORE** ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond to be set by the Judicial Officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

DATED: Oct 22, 2024.

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Katherine H. Flynn
Assistant U.S. Attorney

**RECEIVED**

OCT 22 2024

FLORENCE, S.C.